# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Duffy, Veronica L. | 2. Court or Organization<br><br>South Dakota--District Court | 3. Date of Report<br><br>04/24/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Part-time Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>515 Ninth Street, #244<br>Rapid City, SD 57701 |
|---|

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. 2011 | Bangs McCullen Pension Plan--parties are myself and Bangs McCullen law firm--terms: self-directed pension fund |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Veronica L. | 04/24/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 05/25/2011 | Private Mediation | $2,842.92 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | self-employed attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Private Mediation | 05/24/2011 - 05/25/2011 | Sioux Falls, SD | travel and one night's lodging | mileage and one night's lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Veronica L. | 04/24/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Veronica L. | 04/24/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo (IRA #1) money market | A | Int./Div. | J | T | | | | | |
| 2. | | | | | | | | | |
| 3. Wells Fargo (IRA #2) money market | A | Int./Div. | J | T | | | | | |
| 4. | | | | | | | | | |
| 5. Brokerage Acct--#1 | | | | | | | | | |
| 6. Azure Dynamics Corp | | None | J | T | | | | | |
| 7. Coca-Cola Company | A | Dividend | J | T | | | | | |
| 8. Wells Fargo & Co New | A | Dividend | J | T | | | | | |
| 9. Famklin Income Fund Class A | A | Dividend | J | T | | | | | |
| 10. Growth FD America Inc.SHS Class B | A | Dividend | J | T | | | | | |
| 11. | | | | | | | | | |
| 12. Brokerage Acct--#2 | | | | | | | | | |
| 13. Azure Dynamics Corp. | | None | J | T | | | | | |
| 14. Coca-Cola Company | A | Dividend | J | T | | | | | |
| 15. Wells Fargo & Co. New | A | Dividend | J | T | | | | | |
| 16. Franklin Income Fund Class A | A | Dividend | J | T | | | | | |
| 17. Growth FD America Inc. SHS Class B | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Veronica L. | 04/24/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. Brokerage Acct--#3 | | | | | | | | | |
| 20. A.G. Edwards & Sons, Inc. | A | Int./Div. | J | T | | | | | |
| 21. Azure Dynamics Corp | | None | J | T | | | | | |
| 22. Walt Disney Company | A | Dividend | J | T | | | | | |
| 23. General Electric Company | A | Dividend | J | T | | | | | |
| 24. Franklin Income Fund Class A | A | Dividend | J | T | | | | | |
| 25. American Funds: Investment Co. of America Class A | A | Dividend | J | T | | | | | |
| 26. | | | | | | | | | |
| 27. Brokerage Acct--#4 | | | | | | | | | |
| 28. Azure Dynamics Corp. | | None | J | T | | | | | |
| 29. Franklin Income Fund Class A | A | Dividend | J | T | | | | | |
| 30. American Funds: Investment Co. of America Class B | A | Dividend | J | T | | | | | |
| 31. | | | | | | | | | |
| 32. Brokerage Acct--#5 | | | | | | | | | |
| 33. Euro-Pacific Growth Fund-A | A | Dividend | J | T | | | | | |
| 34. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Veronica L. | 04/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pension/Brokerage Acct--#6 1st Premier Bank | | | | | | | | | |
| 36. Goldman Financial Sq. Govt Fund | A | Int./Div. | K | T | | | | | |
| 37. General Motors Co. | | None | L | T | | | | | |
| 38. General Electric Co. | B | Int./Div. | L | T | | | | | |
| 39. | | | | | | | | | |
| 40. Pension/Brokerage Acct--#7 1st Premier Bank | | | | | | | | | |
| 41. Goldman Financial Sq. Govt Fund | A | Int./Div. | J | T | | | | | |
| 42. Great Plains Financial Corp. | | None | J | T | | | | | |
| 43. Fortress Investment Group | | None | K | T | | | | | |
| 44. Blackrock, Inc. | A | Int./Div. | J | T | | | | | |
| 45. Silver Standard Resources | | None | L | T | | | | | |
| 46. CEL SCI CORP NEW | | None | K | T | | | | | |
| 47. General Motors Co | | None | K | T | | | | | |
| 48. General Electric Co | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Veronica L. | 04/24/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II--Agreements

I was previously an employee and partner in the Bangs McCullen Law Firm, during which time I became vested in the pension plan maintained by that law firm. My contributions to the Bangs McCullen pension plan are still in that plan. The investment of my own contributions to this fund are entirely self-directed by me. I cannot add to my pension account with Bangs McCullen. The investments I hold in the Bangs McCullen pension plan are disclosed in Part VII.

As a part-time magistrate judge, I am allowed to conduct private mediations. Last year I conducted one such mediation in Sioux Falls. The parties to that mediation paid me a fee for my time as well as reimbursed me for my mileage to Sioux Falls and for one night's hotel stay in Sioux Falls.

In section VII of the report, last year I identified one brokerage account as            " I was uncomfortable using the initials                          and so this year I substituted the name "Brokerage Account #5" for this account. They are the same account. Because of this change, the account that I previously identified as "Brokerage Account #5" is now #6 and the former account #6 is now #7. No new accounts have been added or subtracted, I just changed the names on the last three accounts.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Veronica L. Duffy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544